**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Emmanuel Aroc Planas, | No. CV-05-155-PHX-DGC (HCE) |
| Petitioner, | **ORDER** |
| v. |  |
| Alberto R. Gonzales, et al., |  |
| Respondents. |  |

Pending before the Court are Respondents' motion to transfer this action to the United States Court of Appeals for the Ninth Circuit and United States Magistrate Judge Héctor Estrada's Report and Recommendation ("R&R"). Docs. ##12-13. The R&R recommends that the Court grant the motion to transfer because Petitioner did not respond to the motion and transfer of this action to the Ninth Circuit is appropriate under the REAL ID Act of 2005. Doc. #13 at 2-3 (citing LRCiv 7.2(i); REAL ID Act § 106(a)(1)(B), 8 U.S.C. § 1252(a)(5); *Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1052-53 (9th Cir. 2005)). The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 3-4 (citing 28 U.S.C. § 636(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

1 The parties did not file objections, which relieves the Court of its obligation to
2 review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149
3 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not
4 the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de
5 novo determination . . . of any portion of the magistrate judge's disposition to which
6 specific written objection has been made[.]"). The Court has nonetheless reviewed the
7 R&R and finds that it is well-taken. The Court will accept the R&R and grant Respondents'
8 motion to transfer. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept,
9 reject, or modify, in whole or in part, the findings or recommendations made by the
10 magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Héctor Estrada's R&R (Doc. #13) is **accepted**.

2. Respondents' motion to transfer (Doc. #12) is **granted**.

3. The Clerk of Court shall **transfer** this action to the United States Court of Appeals for the Ninth Circuit.

DATED this 31st day of October, 2005.

David G. Campbell
United States District Judge